IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN EQUIPMENT | : | CIVIL ACTION |
| v. | : | |
| SIDDIQI | : | NO. 02-2758 |

### O R D E R

AND NOW, this 14th day of January, 2003, it is hereby

ORDERED that the order of December 19, 2002 reassigning the above-captioned case from the calendar of the Honorable Petrese B. Tucker to the calendar of the Honorable James Knoll Gardner is VACATED, and it is

FURTHER ORDERED that the above-captioned case is restored to the calendar of the Honorable Petrese B. Tucker.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court