# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN EQUIPMENT LEASING | : | |
| a division of EAB LEASING CORP., | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Civil Action |
| | : | |
| SALEEM SIDDIQI aka SALEEM R. SIDDLEL, indiv., | : | |
| RAMALINGA PRASAD ADUSUMALLI aka | : | |
| RAMALINA P. ADUSOMACCI, individually | : | |
| PRASAD NANNAPANENI, individually, and | : | |
| SRINIVAS NANNAPANENI aka | : | No. 02-cv-2758 |
| SRINIVAS RAO NANNAPANENI aka | : | |
| SRINIVAS NANNAPANEN, individually, | : | |
| Defendants | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the attached Notice of Motion, Affidavit of

Default, Affidavit of Attorney and proposed Order has been mailed by first class mail, postage

prepaid, to the following persons:

Prasad Nannapaneni        Srinivas Nannapaneni
5230 Franklin Road          5230 Franklin Road
Bloomfield, Michigan 48302   Bloomfield, Michigan 48302

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


Dated: July 23, 2003               _____

                                  Barbara L. Farley, Esquire