## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN EQUIPMENT LEASING<br>a division of EAB LEASING CORP.,<br>    Plaintiff | : | |
| vs. | : | Civil Action |
| SALEEM SIDDIQI aka SALEEM R. SIDDLEL, indiv.,<br>RAMALINGA PRASAD ADUSUMALLI aka<br>RAMALINA P. ADUSOMACCI, individually<br>PRASAD NANNAPANENI, individually, and<br>SRINIVAS NANNAPANENI aka<br>SRINIVAS RAO NANNAPANENI aka<br>SRINIVAS NANNAPANEN, individually,<br>    Defendants | : | No. 02-cv-2758 |

## **AFFIDAVIT OF DEFAULT**

STATE OF TEXAS:
COUNTY OF DALLAS: ss.

**KELLEY GALLEMORE**, of full age, being duly sworn according to law, upon his/her oath, deposes and says:

1. I am Senior Litigation Specialist of Citicapital Technology Finance, Inc., f/k/a EAB Leasing Corp. and as such, have knowledge relevant in this matter.

2. I am competent to testify regarding the matters stated in this Affidavit and make this affidavit based upon my own personal knowledge and after full and complete review of the business records maintained by plaintiff which are in my care, custody and control and which are maintained in the regular course of plaintiff's business.

3. The defendants, Prasad Nannapaneni and Srinivas Nannapaneni are in default under the terms of the Stipulation entered into between the parties in that the payments due January 31, 2003 and all payments due thereunder have not been made.

4.  The balance due as of this date is as follows:

| | |
|---|---:|
| Remaining principal balance under paragraph 6 of Stipulation | $34,200.22 |
| Accrued interest at 7% per annum to July 10, 2003 | $1,076.74 |
| TOTAL AMOUNT DUE | $35,276.96 |

6.  I am making this Affidavit in support of the motion of the plaintiff to reopen this matter for the sole purpose of entering judgment against the defendants, Prasad Nannapaneni AND Srinivas Nannapaneni in accordance with this Court's Order of January 14, 2003 and the terms of the Stipulation entered into between the parties.

                                                KELLEY G. GALLEMORE

Sworn and subscribed to before me
this 9th day of July, 2003.