# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN EQUIPMENT LEASING<br>a division of EAB LEASING CORP.,<br>    Plaintiff | : <br> : <br> : <br> : | |
| vs. | : <br> : | Civil Action |
| SALEEM SIDDIQI aka SALEEM R. SIDDLEL, indiv.,<br>RAMALINGA PRASAD ADUSUMALLI aka<br>RAMALINA P. ADUSOMACCI, individually<br>PRASAD NANNAPANENI, individually, and<br>SRINIVAS NANNAPANENI aka<br>SRINIVAS RAO NANNAPANENI aka<br>SRINIVAS NANNAPANEN, individually,<br>    Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 02-cv-2758 |

## AFFIDAVIT OF ATTORNEY

STATE OF NEW JERSEY:
COUNTY OF CAMDEN   : ss.

**BARBARA L. FARLEY, ESQUIRE,** of full age, being duly sworn according to law, upon her oath, deposes and says.

1. I am the attorney for the plaintiff in the above-captioned matter.

2. On May 30, 2003, I mailed to the defendants, Prasad Nannapaneni and Srinivas Nannapanei a letter advising the defendants of their default under the terms of the Stipulation entered into between the parties and signed on November 2, 2003.  A true and correct copy of said letter, mailed to the defendants at the address stated in the Stipulation, is attached hereto and made a part hereof.

3. I am making this Affidavit in Support of the motion of the plaintiff to reopen this matter for the sole purpose of entering judgment against the defendants in accordance with the

terms of this Court's Order of September 25, 2002 and the Stipulation entered into between the parties.

                                                                               Barbara L. Farley, Esquire

Sworn and subscribed to before me
this ___ day of July, 2003.

_____

# BARBARA LANZA FARLEY
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW

| | |
|---|---|
| 13 WILKINS AVENUE<br>HADDONFIELD, NJ 08033<br>(856) 428-3811<br>TELECOPIER (856) 428-3867<br><br>MEMBER OF NEW JERSEY<br>AND PENNSYLVANIA BAR<br>LL.M. IN TAXATION | 325 CHESTNUT STREET. SUITE 915<br>PHILADELPHIA, PA 19106<br>(215) 923-9696<br>TELECOPIER (215) 923-1454<br><br>PLEASE REPLY TO:<br>PHILADELPHIA<br>REFER TO 26-602<br>E-MAIL: blfpc@att.net |

December 3, 2003

Prasad Nannapaneni  
5230 Franklin Road  
Bloomfield, Michigan 48302

Srinivas Nannapaneni  
5230 Franklin Road  
Bloomfield, Michigan 48302

Re: American Equipment Leasing, a div. of EAB Leasing Corp.
vs. Saleem Siddiqi, et als.

Dear Mr. and Mrs. Nannapaneni:

Pursuant to the Stipulation filed with the Court on December 9, 2002, this letter will serve as notice of default under paragraph 7. No payments of $1,000.00 have been received as required. In addition, the equipment was sold on May 13, 2003 and my client has not received payment in full as required under the Stipulation.

The balance due under the Stipulation is $35,072.37 as of June 10, 2003. Accordingly, payment in full is due in my Philadelphia office on or before June 10, 2003. The check should be made payable to AEL Leasing, a division of EAB Leasing Corp. In the event payment is not received, I will motion the Court to reopen the case and enter judgment against you in this amount, plus additional interest to the date of judgment.

This matter requires your immediate attention. Should you have any questions, please contact me.

Very truly yours,

BARBARA LANZA FARLEY,
A PROFESSIONAL CORPORATION

BY:
    Barbara L. Farley, Esquire

BLF:clg                                         **EXHIBIT A**