## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN EQUIPMENT LEASING<br>a division of EAB LEASING CORP.,<br>    Plaintiff | :<br>:<br>:<br>: |
| vs. | :   Civil Action<br>: |
| SALEEM SIDDIQI aka SALEEM R. SIDDLEL, indiv.,<br>RAMALINGA PRASAD ADUSUMALLI aka<br>RAMALINA P. ADUSOMACCI, individually<br>PRASAD NANNAPANENI, individually, and<br>SRINIVAS NANNAPANENI aka<br>SRINIVAS RAO NANNAPANENI aka<br>SRINIVAS NANNAPANEN, individually,<br>    Defendants | :<br>:<br>:<br>:<br>:   No. 02-cv-2758<br>:<br>:<br>: |

## ORDER

**AND NOW,** this ____ day of _____, 2003, upon consideration of the motion of the plaintiff to reopen this matter for the sole purpose of entering judgment against the defendants in accordance with the terms of this Court's Order of January 14, 2003 and Stipulation entered into between the parties, it is hereby ORDERED and DECREED that the motion is GRANTED.

**FURTHER ORDERED** that final judgment be and hereby is entered in favor of the plaintiff and against the defendants, Prasad Nannapaneni AND Srinivas Nannapaneni, individually, jointly and severally, in the sum of $35,276.96, together with interest from the date of judgment and costs of suit.

BY THE COURT:

_____
PETRESE B. TUCKER, U.S.D.J.